**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA**

Pensacola,_____ **DIVISION**

## CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

RECEPTION MEDICAL CENTER

DATE: _4 / 26 / 10_

INMATE INITIALS: _A.T._

Alvin C. Thompson ,

Inmate # _111972_ .

(Enter full name of Plaintiff)

Amended Complaint

vs.

CASE NO: 3:10cv'14-MCR/MD

(To be assigned by Clerk)

B. Quinn (Sergeant) ,

G.B. Byrd (Lieutenant) , (Individual Compacity)

_____ ,

_____ .

(Enter name and title of each Defendant.

If additional space is required, use the

blank area below and directly to the right.)

## ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

## I.    PLAINTIFF:

State your <u>full name</u>, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff:    Alvin C. Thompson
Inmate Number    119~72
Prison or Jail:    Santa Rosa Corr. Inst.
Mailing address:    5850 E. Milton Rd.
Milton, Florida
32583

## II.    DEFENDANT(S):

State the <u>name</u> of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address.  Do the same for **every** Defendant:

(1)    Defendant's name:    R. Quinn
Official position:    Sergeant
Employed at:    Santa Rosa Corr. Inst.
Mailing address:    5850 E. Milton Rd.
Milton, Fla. 32583

(2)    Defendant's name:    G. R. Byrd
Official position:    Lieutenant
Employed at:    Santa Rosa Corr. Inst.
Mailing address:    5850 E. Milton Rd.
Milton, Fla. 32583

(3)    Defendant's name:    _____
Official position:    _____
Employed at:    _____
Mailing address:    _____
_____

## ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS

III.    **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

**Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

IV.    **PREVIOUS LAWSUITS**

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE.  IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A.    Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
Yes( )                    No(■)

1.    Parties to previous action:
(a)    Plaintiff(s): _____

(b)    Defendant(s): _____

2.    Name of judge: _____    Case #: _____

3.    County and judicial circuit: _____

4.    Approximate filing date: _____

5.    If not still pending, date of dismissal: _____

6.    Reason for dismissal: _____

7.    Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list state court cases.)**

B.    Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

Yes( )                    No(■)

1.    Parties to previous action:
a.    Plaintiff(s): _____

b.    Defendant(s): _____

2.    District and judicial division: _____

3.    Name of judge: _____    Case #: _____

4.    Approximate filing date: _____

5.    If not still pending, date of dismissal: _____

6.    Reason for dismissal: _____

3

7. Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list other federal court cases.)**

C. Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes(✗)                No( )

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1. Parties to previous action:
   a. Plaintiff(s): _Alvin C. Thompson_
   b. Defendant(s): _Walter A. McNeil_
2. District and judicial division: _Middle / Jacksonville_
3. Name of judge: _S.B. Klindt_    Case #: _3:10-cv-00043-HLA-JRK_
4. Approximate filing date: _1-14-10_
5. If not still pending, date of dismissal: _____
6. Reason for dismissal: _Pending_
7. Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list cases.)**

D. Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes( )                No(✗)

1. Parties to previous action:
   a. Plaintiff(s): _____
   b. Defendant(s): _____
2. District and judicial division: _____
3. Name of judge: _____   Case Docket # _____
4. Approximate filing date: _____   Dismissal date: _____
5. Reason for dismissal: _____

6.   Facts and claims of case: _____ _____

_____ _____ _____

**(Attach additional pages as necessary to list cases.)**

## V.   STATEMENT OF FACTS:

State briefly the FACTS of this case.  Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim.  In describing what happened, state the names of persons involved, dates, and places.  Do not make any legal arguments or cite to any cases or statutes.  You must set forth separate factual allegations in separately numbered paragraphs.  You may make copies of this page if necessary to supply all the facts.  Barring extraordinary circumstances, no more than five (5) additional pages should be attached.  **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

1.) On 10.1.09 at approximately 3:15 pm COT B. Quinn came to plaintiffs cell door and tells plaintiff that he did not know what was going on, but was told by the Warden to physically assault & torture plaintiff, with a chemical agent and for plaintiff to get ready, because he would be back.

2.) Several hrs later shift OIC G.B. Byrd came to plaintiffs cell door and told plaintiff that he knew what time it was and then started pre-screening plaintiff as to what he would do to make this camera look good "if" the plaintiff did not want to be assaulted more than 1 time, stripped of all his clothing, personal property, mattress, shoes and put in a completely empty cell naked for 3 days.

3.) Out of self-perserverance. Plaintiff was forced against his will, to take off all of his clothes and to kick on his cell door, to make it appear for the camera that plaintiff was being disruptive and allow this employee, COT B. Quinn to physically assault & batter (torture.)

5

plaintiff's naked "unclothe" flesh and body with a chemical agent.

4.) __CAMERAS "ALL 4" Is a MUST SEE!!__

5.) Plaintiff did as he was told without any resistance as plaintiff muffled screams of pain, hurt ₹ torture that he was forced to endure.

6.) Plaintiff was given winks of the eye and nod's of the head by OIC G.B. Byrd as que when plaintiff was to kick on his cell door.

7.) For 2½ days plaintiff body ₹ eyes were swollen from the assault, torture and abuse that was unlawfully ₹ illegally done to him.

8.) Plaintiff is demanding that each defendant is polygraphed and stresserlized for good measures concerning incident, with question's given by plaintiff.

9.) Plaintiff also wishes to be polygraphed and stresserlized for good measures concerning incident.

"Perjury in Official Proceedings", is a violation of Fla. Stat. 837.02

"Perjury by Contradictory Statements", is a violation of Fla. Stat. 837.021

"False Reports to Law Enforcement Authorties", is a violation of Fla. Stat. 837.05

"False Information to Law Enforcement during Investigation" is a violation of Fla. Stat. 837.055

"False Official Statement", is a violation of Fla. Stat. 837.06

## VI.    STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific.  Number each separate claim and relate it to the facts alleged in Section V.  **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

The Physical Assault, Torture ⅗ Abuse violated plaintiffs rights and constituted excessive force under official brutality, under the Eighth Admendment to the United States Constitution.

## VII.    RELIEF REQUESTED:

State briefly what relief you seek from the Court.  Do not make legal arguments or cite to cases/ statutes.

1. Compensatory damages of $12,000.00 against each defendant
2. Punitive damages of $1000.00 against each defendant
3. Attorney fees awarded by Judge
4. A jury trial on all issues triable by jury
5. Any other additional relief this court deems just, proper and equitable.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

4/25/10
(Date)

Adrian C. Thompson
(Signature of Plaintiff)

## IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☑ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on: the 25 day of April , 20 10 .

Adrian C. Thompson
(Signature of Plaintiff)

Revised 03/07

7

United States District Court for the
Northern District of Florida
Pensacola Division

Alvin C. Thompson (111972)
　　　Plaintiff

V.                          Case No.# 3:10cv 74-mcr/md

R. Quinn "Sergeant"
G.R. Byrd "Lieutenant"
　　　Defendants

# DECLARATION

I, JEROME Lockhart DC No.# B182383, hereby declare that I personally witnessed plaintiff; Alvin C. Thompson DC# #111972 get sprayed with chemical Agents from the crack inside my CF1 Door D2113 and I overheard the officers say he did not know what was going on and was just following orders. I observed shift Lieutenant G, Byrd tell Alvin that he knew what time it was and to make the video camera look good for him and that he would only spray him once and allow him to keep his property and when they were done the officers advised him that he did good.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Santa Rosa County, Florida on March 26, ___ 2010.　　 Jerome R. Lockhart
　　　　　　　　　　　　　　　Signature　　 DC# B182383.

United States District Court for the
Northern District of Florida
Pensacola Division

Alvin C. Thompson (111972)
　　　Plaintiff
V.　　　　　　　　　　Case No. 3:10cv74 MCR/MD

B. Quinn "Sergeant"
G.R. Byrd "Lieutenant"
　　Defendants

DECLARATION

I  TRAMELL R. ALLEN  DC No.# 1-728216 hereby declare that I personally witnessed plaintiff; THROUGH THE SXDE CRACK OF MY CELL DOOR GET SPRAYED FOR NO REASON AT ALL. I HEARD QUINN, TELL THIS GUY THAT HE HAD NOTHING TO Do WITH IT AND THAT HE WAS JUST FOLLOWING ORDERS. THEY MADE HIM STRIP NAKED AND KICK ON HIS CELL DOOR OR HE WOULD HAVE BEEN FURTHER ABUSED.   IT'S VERY BAD WHAT THEY DID TO HIM AND ONE WRONG ACT OF PUNISHMENT DESERVES ANOTHER.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Santa Rosa County Florida on 3/25/10 2010.
　　　　　　　　　　　Signature

United States District Court for
the Northern District of Florida
Pensacola Division

Alvin C. Thompson (111972)
 Plaintiff

V.                          Case No.# 3:10cv 74 mcr/md

R. Quinn "Sergeant"
G.R. Byrd "Lieutenant"    (Individual Compacity)
      Defendants
_____/

# DECLARATION

I Kinney Bass _____ DC No.# 1/31802 hereby
declare that I personally witnessed plaintiff;
From my cell door I Observed Inmate Alvin C. thompson
Aproched By Sgt R. Quinn and Lt. G.R. Byrd who Instructed
Inmate thompson that he Needed to make them look good
By kicking on the door In Front of the camreu In exchange
they will Make It Light on him he was also Instructed to
Strip down to his Boxers So that a pain full chemical agent could
Be applied to his Body In mate thompson Complied only to get the
matter over with so that It will Not Be draged out even Further
also this Instatution is not Following the Florida constatutional
Amendmet law wich state's a united state's citizen can not Be punished For
any crime twice there fore these matter's Really need to Be evaluated and
looked Into A.S.A.P Before any serieuse damage can Be done to
the same or another Inmate

    I declare under penalty of perjury that the foregoing
is true and correct. Executed in Santa Rosa County,
Florida on 10/1/09 , 2010.
                        Kinney Bass 1/31802/10/1/09
                        Signature

United States District Court for the
Northern District of Florida
Pensacola Division


Alvin C. Thompson (111972)
        Plaintiff

V.                          Case No # 3:10cv74 MCR/MD

R. Quinn "Sergeant"
G.R. Byrd "Lieutenant"
        Defendants
                                    /
_____

## DECLARATION

I Alvin C. Thompson Dc no# 111972 hereby
declare that I ~~personally witnessed plaintiff~~;

was unlawfully & illegally assaulted
by the (2) above mentioned defendants with
a chemical agent. I was told to take off
my clothes, kick on my cell door and let them
abuse, harm & torture my body if I did not
want to be abused extensively and I did ~~not~~
what I was told. I am very much emotionally
& mentally disturbed by what these (2) animals have
done to me and I **WILL NOT (WILL·NOT)**
rest until something has been done.

I was physically, mentally & emotionally harmed!
I declare under penalty of perjury that the foregoing
is true and correct. Executed in Santa Rosa County, Florida
on March 25, 2010.
                        Alvin C. Thompson
                        Signature

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20076-CIV-COOKE
MAGISTRATE JUDGE P.A. WHITE

ALVIN THOMPSON,                     :

      Plaintiff,                    :

v.                                  :      REPORT RE TRANSFER
                                           TO CORRECT VENUE
FLORIDA DEPT. OF
CORRECTIONS, et al.                 :

      Defendant(s).                 :
_____

The plaintiff, Alvin Thompson, filed a pro se civil rights complaint pursuant to 42 U.S.C. §1983, *alleging that he was assaulted by Officers at the Santa Rosa Correctional Institution (CI). Santa Rosa CI is located in the Northern District of Florida.

The appropriate venue provision in this case is 28 U.S.C. §1391(b). Clark v. Harp, 737 F.Supp. 676 (D. D.C. 1990); Harley v. Oliver, 400 F.Supp. 105 (W.D. Ark. 1975). That section provides in relevant part that a case not based on diversity of citizenship should be brought in the judicial district where any defendant resides or where a substantial part of the events or omissions giving rise to the claim occurred or a substantial part of property that is the subject of the action is situated. Transfer under 28 U.S.C. §1404 includes the convenience of the parties and witnesses, relative ease of access to sources of proof, the cost of obtaining



STATE OF FLORIDA

# Office of the Governor

THE CAPITOL
TALLAHASSEE, FLORIDA 32399-0001

www.flgov.com
(850) 488-7146
(850) 487-0801 fax

**CHARLIE CRIST**
**GOVERNOR**

October 7, 2009

*Case No # in Governors Off.*

Gene Hatcher, Inspector General
Department of Corrections
2601 Blair Stone Road
Tallahassee, FL 32399-2500

**RE: Chief Inspector General Case # 200910070001**

Dear Mr. Hatcher:

Enclosed is a complaint we received in the Office of the Chief Inspector General on October 7, 2009, in which the complainant alleged various discrepancies with his incarceration at Santa Rosa Correctional Institution.

We are forwarding this complaint to your office for review and action as deemed appropriate. No response to this office is required.

Thank you for your attention to this matter. If I can be of further assistance, please feel free to contact me at (850) 922-4637.

Sincerely,

Heidi Huelskoetter

Heidi Huelskoetter
Investigations Manager
Office of the Chief Inspector General

HH:jr

Enclosure

cc: Alvin C. Thompson, DOC #111972



Florida Department of
Law Enforcement

Gerald M. Bailey
*Commissioner*

**Criminal Justice Professionalism Program**
Post Office Box 1489
Tallahassee, Florida 32302-1489
(850) 410-8600
www.fdle.state.fl.us

Charlie Crist, *Governor*
Bill McCollum, *Attorney General*
Alex Sink, *Chief Financial Officer*
Charles H. Bronson, *Commissioner of Agriculture*

October 13, 2009

Inmate Alvin C. Thompson
Inmate#: 111972
Santa Rosa Correctional Institution
5850 E. Milton Road
Milton, Florida 32583

Dear Inmate Thompson:

We received your complaint against other inmates or officers of the Florida Department of
Corrections. All complaints against inmates, correctional officers, or correctional institutions
received by this agency from inmates or others on their behalf are forwarded to the Florida
Department of Corrections.

Subsection 943.1395(5), Florida Statutes, specifies that the "employing agency" is charged with
conducting internal investigations. **Any further correspondence regarding this matter
should be directed to the Florida Department of Corrections at the following address:**

    Mr. Gene Hatcher
    Office of the Inspector General
    Florida Department of Corrections
    2601 Blair Stone Road
    Tallahassee, Florida 32399-2500

Sincerely,

Victoria P. Gardner, Bureau Chief
Bureau of Standards

VPG/sb

cc:    Department of Corrections

*Service • Integrity • Respect • Quality*

ACLU FOUNDATION OF FLA.

Northwest Region
Post Office Box 12723
Pensacola, FL 32591-2723
Main: 850.429.9128



AMERICAN CIVIL LIBERTIES UNION
of FLORIDA

SUSAN WATSON

Regional Director
swtson@aclufl.org
T: 850.429.9128
F: 786.363.1660

Paul S. Ritz
1029 10th St. NW  Apt: A
Largo, FL 33770-4108

October 29, 2009

VIA U.S. MAIL

### Re:  **Request for Legal Assistance Forwarded to Miami**

Dear Mr. Ritz:

We have received the copy of the General Affidavit you sent and forwarded it to the ACLU of Florida's intake staff in Miami according to our usual procedures. If the intake office staff needs more information they will write to you at the address you provided. In addition we sent a copy of this letter to Alvin C. Thompson. If you would like to inquire about the status of your request you may write to them at the following address:

> ACLU of Florida Intake Department
> 4500 Biscayne Boulevard, Suite 340
> Miami, FL 33137

There are other organizations that may be able to help you if we cannot. You may wish to consult the enclosed Suggested Assistance Contact List for information on how to get other help.

Sincerely,

Susan Watson

Susan Watson

Department of Corrections



| Florida Department of Law Enforcement | **Criminal Justice Professionalism Program** | Charlie Crist, *Governor* |
|---|---|---|
| | Post Office Box 1489 | Bill McCollum, *Attorney General* |
| | Tallahassee, Florida 32302-1489 | Alex Sink, *Chief Financial Officer* |
| Gerald M. Bailey | (850) 410-8600 | Charles H. Bronson, *Commissioner of Agriculture* |
| *Commissioner* | www.fdle.state.fl.us | |

November 3, 2009

Inmate Alvin C. Thompson
Santa Rosa Correctional Institution
5850 East Milton Road
Milton, Florida 32583-7914

Dear Inmate Thompson:

We received your complaint against other inmates or officers of the Florida Department of Corrections. All complaints against inmates, correctional officers, or correctional institutions received by this agency from inmates or others on their behalf are forwarded to the Florida Department of Corrections.

Subsection 943.1395(5), Florida Statutes, specifies that the "employing agency" is charged with conducting internal investigations. **Any further correspondence regarding this matter should be directed to the Florida Department of Corrections at the following address:**

Mr. Gene Hatcher
Office of the Inspector General
Florida Department of Corrections
2601 Blair Stone Road
Tallahassee, Florida 32399-2500

Sincerely,

Victoria P. Gardner, Bureau Chief
Bureau of Standards

VPG/sb

cc:    Department of Corrections

Hi, Paul   Offline   Sign Out                    Yahoo!  My Yahoo!   Search                        **Web Search**

**Check Mail**   **New**   **What's New**   Inbox 2197 emails          Inmate Alvin Thomp                    Mail Help | Options | Index

Search Mail...   Go   Send   Attach   Save Draft   Spelling   Cancel   Draft autosaved at 4:27 PM            **Select Stationery**

Inbox (1)                To:   murphree.walton@mail.dc.state.fl.us                          Show BCC      **Featured**
Drafts (1)
Sent                     Cc:                                                                              **None**

Spam        Empty    Subject:   Inmate Alvin Thompson # 111972                                   Plain Text
Trash       Empty
                     Times New Roman    12                                    Hide Stationery
Contacts    Add
                     Dear Inspector General,                                                             **Vote**
Folders     Add
untitled              I am writing this to you to once again address the critical issue of physical abuse concerning Alvin C.
                     Thompson # 111972.  On the day of October 1, 2009, he was forced by an employee of the FDOC, to      Happy Holidays
                     take of all of his cloths, kick on his cell door and let them 'chemically agent spray him', if he did not
   **Applications**   want to be physically tortured more than once.
                         Mr. Thompson has sincerely explained and expressed that he lives in fear and requested that I speak    Fall
Attach Large Files   with you about him being reclassified to another institution.  Otherwise he wishes to file charges with
Automatic Organizer  the Attorney General's Office.  I look forward to a swift reply.
Calendar                     Thank You,                                                                  Snow (Blue)
Edit Photos                      Sincerely, Paul S. Ritz
Evite
Flickr               Attach
My Drive
                         TODAY: 11/8  No events. Click the plus sign to add an event.



**OFFICE OF THE ATTORNEY GENERAL**

**Office of Citizen Services**
**The Capitol**
**Tallahassee, Florida 32399-1050**

**Telephone: (850) 414-3990**
**Fax: (850) 410-1630**

**BILL McCOLLUM**
**ATTORNEY GENERAL**
**STATE OF FLORIDA**

November 19, 2009

Office of Inspector General
Florida Department of Corrections
2601 Blair Stone Road
Tallahassee, Florida 32399-2500

*Attorney General's Off.*
*I pressed charges*

Dear Sirs:

Attorney General Bill McCollum received the enclosed correspondence from Alvin C.
Thompson, DC # 111972, an inmate at Santa Rosa Correctional Institution.

Please handle as you deem appropriate. By copy of this letter, I am advising the inmate to
contact your office directly regarding this matter. Thank you for your assistance.

Sincerely,

OFFICE OF CITIZEN SERVICES
Florida Attorney General's Office

OCS/kd

Enclosure

cc: Thompson, Alvin, DC# 111972
    Santa Rosa Correctional Institution
    5860 East Milton Road
    Milton, Florida 32583

*Pressed Charges on*
*11-15-09*

**Hi, Paul**Switch to: purpleritz1@veriz.     Available          Verizon Yahoo! | Verizon Central | Yahoo!     Search          **Search**
Sign Out  My Account  Mail Classic

| Check Mail | New | Home | Trash 0 emails | | Contacts | | Message | Alvin Thompso | | More | Options   | Help |

| Search Mail... | Go | Send | Attach | Save Draft | Spelling | Cancel | | | | **Select Stationery** |

**Inbox (4)**

Drafts

Sent

Spam     Empty

Trash     Empty

To:   tifft.randy@mail.dc.state.fl.us                                                    Show BCC

Cc:

Subject:   Alvin Thompson # 111972                                                        Plain Text

Times New Roman     12                                                    Show Stationery

**Contacts**     Add

21 online

Anthony Cobbina

Anthony Madden

ARAFAT SALIFU Salifu

aris.moreno - I'm on SMS

Billy Allen

**Applications**

Calendar

Notepad

Dear Mr. Tifft,

    I am addressing the physical abuse and torture issue of 10/01/09 on and against Mr. Alvin C.
Thompson # 111972.  I am seeking to know if the internal investigation concerning this matter has been
completed.  If so, please inform me of the outcome.

               Thank you, Sincerely, Paul S. Ritz, friend of Alvin Thompson

Quinn/Byrd

Loading Attachment Uploader...

TODAY: 11/29  No events. Click the plus sign to add an event.

**Featured**

None

Liam: Birthday

Liam: Crowd
Surfing

Liam: Fetch

Liam: Heart
Bubbles

Liam: Party

Personal Copy

# **GENERAL AFFIDAVIT**

PROVIDED TO SANTA
ROSA C.I. ON

DEC 0 7 2009

FOR MAILING

STATE OF FLORIDA
COUNTY OF SANTA ROSA

I, Alvin C. Thompson, do hereby swear that the following statement is true and correct and made of my own free will, from my own personal knowledge and do hereby state the following:

On October 1st 2009, at approximately 3:15 am/pm Employee COI Quinn comes to cell door and told me that he does not know what is going on, but I was told by the warden when he come on shift to physically abuse & torture me with chemical agent and for me to get ready, because he would be back!
2, 3 or 4 hrs later shift OIC Byrd came to my cell door and told me that I knew what time it was and then started pre-screening me as to what I would do to make the camera look good for him "if" I did not want to be assaulted more than one time and stripped of all my clothes, property, mattress, shoes and put in a completely empty cell naked for 3 days.
Out of self-perserverance, I was forced against my will, that I would take off all of my clothes, kick on my cell door, to make it appear for the camera that I was being disruptive) and allow them to physically assault & batter (torture) my body with chemical agent and I did as I was told! I let them physically abuse & torture my body without resistance as I muffled the screams of pain and hurt that I was forced to endure.
Dormitory mounted & the hand held cameras are a "must see" because I was given

1 of 2

eye winks and nods of OIC Byrd's head as que
to kick on my cell door.
     For 2 ½ days my body & eyes were swollen
from the physical abuse and I am very
emotionally distressed about what has been
unlawfully and illegally done to me.
     Camera review will show that my **naked**
body was painted in red, and I'm seeking
help because what was done to me will **not**
be swepped underneath the rug.

**UNDER PENALTIES OF PERJURY**, I declare that I have read the foregoing General
Affidavit and the facts stated in it are true and correct in accordance with section 92.525, Florida Statue
(2009).

Executed on this 29 day of November , 2009.

Respectfully submitted by:

_Alvin C. Thompson_
Affiant Signature

Alvin C. Thompson 111972
Printed Name                        DC #

Santa Rosa Correction Institution
5850 East Milton Road
Milton, FL 32583-7914

Inspector General for the Fla. Dept. of Corrections:
Gene Hatcher
2601 Blair Stone Rd.
Tallahassee, Florida
32399-2500

PERSONAL COPY

PROVIDED TO SANTA ROSA C.I. ON
DEC 0 7 2009
FOR MAILING

Inspector Hatcher,
        I have been instructed by the Fla. Dept of Law Enforcement, Chief Inspector General's Off., Attorney General's Office, that I am to make contact with your office concerning the "Physical Assault & Battery" of 10-1-09 that was unlawfully & illegally exercised on & against me by a clan of several white Fla. Dept. of Corr.'s employees.
        At 41yrs old I am still having to deal with the emotional trauma, that I was told to take off all of my clothes, kick on my cell door," to make it appear for the cameras, that I was being disruptive" and allow them to physically assault & batter (torture) my body with a Chemical Agent "if" I did not want to be physically abused & torture, more than one time and stripped of all my clothes, property, mattress, shoes and put in a completely empty cell naked for 3days.
        This makes my 3rd letter addressed out to you and "to date" you have failed to respond, therefore I am (my family) are now in the process of retaining an attorney because what was done to me "I will not be swept underneath the rug.

_____          3rd letter Respectfully Submitted;
Date                                    Alvin C. Thompson #111972
                                            Santa Rosa Corr. Inst.
CC: F.D.L.E                       5850 E. Milton Rd.
       C.I.G                          Milton, Florida 32583
       A.G's
  Personal File

**From:** Tifft, Randy P. (tifft.randy@mail.dc.state.fl.us)
**To:** Paul S. Ritz
**Date:** Mon, November 30, 2009 1:25:23 PM
**Cc:** Tifft, Randy P.
**Subject:** RE: Alvin Thompson # 111972

This issue was forwarded to the Inspector Generals Office as you stipulated in your e-mail to Inspector Walt Murphy. The Inspector Generals Office is handling the complaint outside the facility.

**R. P. Tifft**
**Warden**
**Santa Rosa Correctional Institution**
**(850-983-5901)**



**"We Never Walk Alone"**

---

**From:** Paul S. Ritz [mailto:purpleritz@yahoo.com]
**Sent:** Sunday, November 29, 2009 10:40 AM
**To:** Tifft, Randy P.
**Subject:** Alvin Thompson # 111972

Dear Mr. Tifft,

I am addressing the physical abuse and torture issue of 10/01/09 on and against Mr. Alvin C. Thompson # 111972. I am seeking to know if the internal investigation concerning this matter has [illegible]
If so, please inform me of the outcome.

[illegible] Paul S. Ritz, friend of Alvin Thompson

[illegible]



# FLORIDA DEPARTMENT
# OF CORRECTIONS

*OFFICE OF THE INSPECTOR GENERAL*

**Charlie Crist**
*Governor*

**Walter A. McNeil**
*Secretary*

**Gene Hatcher**
*Inspector General*

**Walton C. Murphree**
*Deputy Inspector General*

---

An  Equal Opportunity Employer          2601 Blair Stone Road * Tallahassee, FL 32399-2500          http://www.dc.state.fl.us

---

December 4, 2009

Inmate Alvin Thompson, DC# 111972
Santa Rosa Correctional Institution
5860 East Milton Road
Milton, Florida 32583

### RE: October 11, 2009 Correspondence

Inmate Thompson:

This office received your complaint on December 4, 2009. It has been forwarded to the proper Regional Inspector Supervisor for review and any appropriate action.

Sincerely,

*Office of the Inspector General*

cc: Regional Inspector Supervisor



**FLORIDA**
**DEPARTMENT of**
**CORRECTIONS**

Governor
**CHARLIE CRIST**

Secretary
**WALTER A. McNEIL**

*An Equal Opportunity Employer*

2601 Blair Stone Road • Tallahassee, FL 32399-2500

http://www.dc.state.fl.us

December 7, 2009

Alvin C. Thompson, DC# 111972
Santa Rosa Correctional Institution

Dear Mr. Thompson:

Your letter addressed to Governor Crist was forwarded to me for response. You wrote alleging improper conduct by Department of Corrections' staff.

In order to properly address your allegations, I am forwarding a copy of your letter to the Office of the Inspector General for review and appropriate handling.

Sincerely,

Ebony D. Harvey
Correctional Service Assistant Consultant
Office of Citizens Services

/cor/eoh

C: Walt Murphree, Office of the Inspector General
  Central Records

Recieved 12-17-09
Office of Tha.Ca.s



# FLORIDA DEPARTMENT
# OF CORRECTIONS

*OFFICE OF THE INSPECTOR GENERAL*

**Charlie Crist**
*Governor*

**Walter A. McNeil**
*Secretary*

**Gene Hatcher**
*Inspector General*

**Walton C. Murphree, Jr.**
*Deputy Inspector General*

---

An Equal Opportunity Employer      2601 Blair Stone Road * Tallahassee, FL 32399-2500      http://www.dc.state.fl.us

---

December 18, 2009

Alvin Thompson, 111972
Santa Rosa Correctional Institution
5850 East Milton Road
Milton, Florida 32583-7914

Dear Inmate Thompson:

This Office received your complaint on December 11, 2009. The use of force that occurred on October 1, 2009, has been reviewed and is considered closed. A copy of this letter will be sent to the proper Regional Inspector Supervisor for review and any appropriate action.

Sincerely,

*Office of the Inspector General*

Recieved
12-28-09



# FLORIDA DEPARTMENT
# OF CORRECTIONS

## OFFICE OF THE INSPECTOR GENERAL

**Charlie Crist**
*Governor*

**Walter A. McNeil**
*Secretary*

**Gene Hatcher**
*Inspector General*

**Walton C. Murphree, Jr.**
*Deputy Inspector General*

---

An Equal Opportunity Employer          2601 Blair Stone Road * Tallahassee, FL 32399-2500          http://www.dc.state.fl.us

December 30, 2009

Alvin Thompson, 111972
Santa Rosa Correctional Institution
5850 East Milton Road
Milton, Florida 32583-7914

Dear Inmate Thompson:

This Office received your complaint on December 14, 2009. You should proceed through the routine grievance procedure to address your issue. The grievance procedure allows you to proceed to the next level of review if you fail to receive a timely response to a grievance, or you do not agree with the response.

Sincerely,

*Office of the Inspector General*

Recieved 1-7-10

United States District Court _ SDFL
400 North Miami Ave . 8th Floor
Miami, Florida 33128

PROVIDED TO SANTA ROSA C.I. ON JAN 0 5 2010 FOR MAILING

Magistrate, Honorable Judge P. A. White,
         I'm really uncertain as to how I am to
address my current & serious situation to you, but I am
seeking that justice is served effectively for what was
Unlawfully & Illegally done to me on 10-1-09 !
    Please review enclosed documents & "General
Affidavit" and know that I will not rest, until
something is done ..... I was physically assaulted,
abused & torture by a clan of several white employees
of the Fla. Dept. of Corr.'s, here at Santa Rosa Corr. Inst.
and I am so emotionally distressed until it's not
funny at all.
    "Honorable White sir," this is not 1865, but
2010 and I'm begging and pleading for you to put
your foot down, letting it be known that it is not
O.K for a clan of all white officer employees to
physically assault, abuse & torture a human
being of color (Unlawfully & Illegally) and there
not be repercussions

                    Respectfully Submitted
                    Alvin C. Thompson
                    Alvin C. Thompson 111972
                    Santa Rosa Corr Inst.
                    S850 E. Milton Rd.
  1 - 5 - 10          Milton, Florida
Date    Alvin Thompson        32583

ie; I was told to take off all of my
   clothes and let them physically assault, abuse
& torture my body!(Review Cameras : Dorm mounted &
handheld)

```
                        FLORIDA DEPARTMENT OF CORRECTIONS          01/12/2010
ISS                          DISCIPLINARY REPORT                    PAGE   1
                              LOG # 119-092390
-------------------------------------------------------------------------------
  DC#: 111972   INMATE NAME: THOMPSON, ALVIN C.                     INFRACTION
  VIOLATION CODE:  0023   TITLE: PART.IN DISTURBANCE                DATE: 10/01/2009
  FACILITY CODE:  119     NAME:  SANTA ROSA C.I.                    TIME: 15:20
-------------------------------------------------------------------------------
```

I.   STATEMENT OF FACTS:
        INMATE THOMPSON, ALVIN DC# 111972 IS BEING CHARGED WITH
     VIOLATION FAC CHAPTER 33-601.314 RULES OF PROHIBITED
     CONDUCT, 2-3 CREATING A MINOR DISTURBANCE. ON OCTOBER 01,
     2009 I WAS ASSIGNED AS MAIN UNIT THIRD SHIFT CLOSE
     MANAGEMENT HOUSING SERGEANT IN D DORMITORY AT SANTA ROSA CI.
     AT APPROXIMATELY 3:20PM, I OBSERVED INMATE THOMPSON, ALVIN
     DC# 111972, HOUSED ALONE IN CELL D2116L, CREATING A
     DISTURBANCE IN WING TWO OF D DORMITORY BY KICKING ON HIS
     CELL DOOR AND YELLING OBSCENITIES INTO THE WING. I COUNSELED
     WITH INMATE THOMPSON AND ORDERED HIM TO CEASE HIS
     DISRUPTIVE BEHAVIOR. INMATE THOMPSON REFUSED TO COMPLY WITH
     MY ORDERS AND CONTINUED TO KICK ON HIS CELL DOOR AND YELL
     OBSCENITIES IN THE WING. I AGAIN COUNSELED WITH INMATE
     THOMPSON AND ORDERED HIM TO CEASE HIS DISRUPTIVE BEHAVIOR.
     INMATE THOMPSON REFUSED TO COMPLY WITH MY ORDERS AND
     CONTINUED TO YELL OBSCENITIES IN THE WING. CHEMICAL AGENTS
     HAD TO BE UTILIZED TO QUELL THE DISTURBANCE INMATE THOMPSON
     WAS CREATING.  INMATE THOMPSON WILL REMAIN IN HIS CURRENT
     STATUS PENDING DISCIPLINARY TEAM ACTION.

   REPORT WRITTEN: 10/01/2009, AT 20:30   OFFICER: QR003 - QUINN, R.
   ASSIGNED AND APPROVED BY: BGR07 - BYRD,G.R.
-------------------------------------------------------------------------------
II.  INVESTIGATION:
        INMATE OFFERED STAFF ASSISTANCE: DECLINED

   INVESTIGATION BEGUN:  10/01/2009, AT 21:15   OFFICER: BAA36 - BARBER,A.A.
   INVESTIGATION ENDED:  10/06/2009, AT 11:19
-------------------------------------------------------------------------------
III. INMATE NOTIFICATION OF CHARGES: DATE DELIVERED: 10/02/2009, AT: 10:28

                    DELIVERED BY : HLT00 - HOOD, L.T.
-------------------------------------------------------------------------------
IV.  DESIGNATING AUTHORITY REVIEW    LEVEL: MAJOR    DATE: 10/07/2009

                    OFFICER: CCS02 - COURTNEY, CYNTHIA
-------------------------------------------------------------------------------
V.           TEAM   FINDINGS AND ACTION   DATE: 10/08/2009, AT: 09:21
        INMATE OFFERED STAFF ASSISTANCE: DECLINED
        INMATE PLEA: NOT GUILTY   FINDINGS: GUILTY
        INMATE PRESENT: YES
     POSTPONEMENT:
     BASIS FOR DECISION:
        BASED IN PART ON THE WRITTEN STATEMENT OF SGT. R. QUINN AND
     CONFIRMED IN THE INVESTIGATION THAT ON 10/01/09 AT APPROX.
     3:20 P.M., I/M THOMPSON, ALVIN DC# 111972 PARTICIPATED IN A
     DISTURBANCE BY KICKING ON HIS CELL DOOR AND YELLING
     OBSCENITIES INTOT HE WING. CHEMICAL AGENTS HAD TO BE
     UTILIZED TO QUELL THE DISTURBANCE I/M THOMPSON WAS CREATING.
     ALL WITNESS STATEMENTS AND EVIDENCE WERE READ AND CONSIDERED
     BY THE DISCIPLINARY HEARING TEAM. I/M THOMPSON WAS ASKED IF
     YOU HAD ANY STATEMENT HE WANTED TO MAKE AND HE REFUSED TO
     MAKE A STATEMENT. A COPY OF THE FINDINGS WAS PROVIDED TO I/M
     THOMPSON LATER IN THE DAY AND HE WAS ADVISED THAT HE HAS
     FIFTEEN DAYS TO APPEAL THE TEAMS DECISION.

_Fraudulently written that "Lie" that never happened! "Ever" EVER!_

```
                    FLORIDA DEPARTMENT OF CORRECTIONS              01/12/2010
                         DISCIPLINARY REPORT                       PAGE    2
                         LOG # 119-092390
-------------------------------------------------------------------------------
  DC#: 111972   INMATE NAME: THOMPSON, ALVIN C.                    INFRACTION
  VIOLATION CODE:  0023   TITLE: PART.IN DISTURBANCE               DATE: 10/01/2009
  FACILITY CODE:  119    NAME:  SANTA ROSA C.I.                    TIME: 15:20
-------------------------------------------------------------------------------

  ACTIONS TAKEN:
   LOSS OF GAIN TIME:        0000; PROBATION DAYS SET: 000
   DISCIPLINARY CONFINEMENT:   30; PROBATION DAYS SET:   0 CONSECUTIVE
                            0000                        000

   RESTITUTION:        $.00; INDIV.REVIEW/COUNSEL?: N; CONFISCATE CONTRABAND?: N

   TEAM CHAIRMAN:    RTM16 - REYES,T.M.
   TEAM MEMBERS:     WA002 - WILLIAMS, A.                  -
-------------------------------------------------------------------------------
VI.  REVIEW AND FINAL ACTION: APPROVED
         WARDEN:    TRP03 - TIFFT,R.P.            DATE: 10/09/2009
-------------------------------------------------------------------------------
VII. APPEAL PROCESS DISPOSITION: NO INSTITUTIONAL ACTION
     WARDEN:          -                          DATE: 00/00/0000
-------------------------------------------------------------------------------

     INFORMATIONAL NOTES:
       MAXIMUM GAIN TIME DAYS AVAILABLE TO BE TAKEN:     0 DAYS
-------------------------------------------------------------------------------
```

DC4-804

**MAILED / FILED**
**WITH AGENCY CLERK**

NOV 1 0 2009

Department of Corrections
Bureau of Inmate Grievance Appeals

### PART B - RESPONSE

| THOMPSON, ALVIN | 111972 | 09-6-35481 | SANTA ROSA C.I. | D2116L |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your administrative appeal has been reviewed and evaluated. The response that you received at the institutional level has been reviewed and is found to appropriately address the concerns that you raised at the institutional level as well as the Central Office level.

The statement, "no action will be taken at this time," means the grievance office will take no action because the incident is being handled by the Inspector General's office and there is no need for any action by this office at this time.

Based on the above information your administrative appeal is denied.

E. Stine

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |
|---|---|---|

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

### REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

REC'D OCT 26 2009
RECEIVED
NOV 03 2009

TO: ☐ Warden   ☐ Assistant Warden   ☒ Secretary, Florida Department of Corrections

DEPARTMENT OF CORRECTIONS
INMATE GRIEVANCES

From: Thompson Alvin C.          111972          Sant
_____Last____First___Middle Initial_____Number_____Institution

---

Part A – Inmate Grievance   09-6-35481

CONCERNING Grievance Log No. * 0910-119-245

Response clearly states that the physical abuse that was unlawfully & Illegally exercised on & against me is currently being reviewed by the use of force Unit of The Office of The Inspector General and that NO ACTION will be taken at the moment.

"No action taken at the moment," but a copy of my grievance was forwarded to the "Institution" Inspector ?

No action taken at the moment, but my grievance is DENIED...?

* I honestly do not mean to be rude or disrespectful, but please "common sense" tell me how in the Hell can this Grievance Coordinator G. Davis "Deny" a grievance a grievance, if No Action is being taken at the current time? (It's Indirect acts of Racism) cause there ain't no way to explain such a uncivilized response;

No Actions Taken/ but your Grievance is Denied ?

"No Action Takened" means just that That Absolutely

10-29-09                         Alvin C. Thompson
____DATE____                    SIGNATURE OF GRIEVANT AND D.C. #
nothing was or has been done! So how do you get Denied 111972 ?
                                          out of that ?

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: _____ / _____
                                                                          #        Signature

### INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled to Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: OCT 3 0 2009        Institutional Mailing Log #: MN09-4199        Ms Blacker
                    (Date)                                                              (Received By)
                                                                                          119
                                                                                          09I

DISTRIBUTION:    INSTITUTION/FACILITY          CENTRAL OFFICE
                 INMATE (2 Copies)             INMATE
                 INMATE'S FILE                 INMATE'S FILE - INSTITUTION/FACILITY
                 INSTITUTIONAL GRIEVANCE FILE  CENTRAL OFFICE INMATE FILE
                                               CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Revised 2/05)

0910-119-245

*illegible handwriting*

Department of Corrections
*illegible* Inmate Grievance Appeals

## PART B - RESPONSE

| THOMPSON, ALVIN | 111972 | 09-6-34716 | SANTA ROSA C.I. | D2116L |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your administrative appeal has been reviewed and evaluated. The response that you received at the institutional level has been reviewed and is found to appropriately address the concerns that you raised at the institutional level as well as the Central Office level.

Be advised that the Use of Force was reported and is currently being reviewed by appropriate administrators to determine the appropriate action necessary. A copy of this appeal will be forwarded to that office for review.

Your administrative appeal is denied.


D. Craven

11/4/09

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C.O. Inmate File

(1 Copy) Retained by Official Responding

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

*RECEIVED*
*OCT 29 2009*
*DEPARTMENT OF CORRECTIONS*
*INMATE GRIEVANCES*

### REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

TO: ☐ Warden  ☐ Assistant Warden  ☒ Secretary, Florida Department of Corrections

From: Thompson Alvin C.    111972    Sarci
   Last  First  Middle Initial    Number    Institution

---

Part A – Inmate Grievance    09-6-34716

See the attached DR appeal log No. 0910·119·285 and let it come as no surprise that this lie (2-3 Part in·Disturbance) and the physical abuse that was unlawfully & illegally done to me, is by far from over or just being sweeped under the rug.

This COII Quinn is a Lior "you know he's a lior" and has violated Fla. Statue. 943.13(4) (Dept. of Law Enforcement) Qualifications as a Employee of Fla. Dept. of Corr's and I am requesting for the record that this employee COII Quinn is stresserlized and or polygraphed concerning the physical abuse that was unlawfully & illegally done to me by a clan of white officers.

A general affidavit concerning the criminal act that was commit on & against is attached to this appeal.

*RECEIVED*
*OCT 26 2009*
*SANTA ROSA C.I.*
*WAREHOUSE/MAILROOM*

10·25·09
DATE

Alvin C. Thompson
SIGNATURE OF GRIEVANT AND D.C. #
111972

---

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** _____ / _____
                                                     #     Signature

### INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

#### Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____ Institutional Mailing Log #: _____ _____
          (Date)                                            (Received By)

119
DISTRIBUTION:  **INSTITUTION/FACILITY**     **CENTRAL OFFICE**    05A  2-3
              INMATE (2 Copies)          INMATE             10/1/09
              INMATE'S FILE           INMATE'S FILE - INSTITUTION/FACILITY
              INSTITUTIONAL GRIEVANCE FILE   CENTRAL OFFICE INMATE FILE
                                        CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Revised 2/05)                                                       0910-119-285

# GENERAL AFFIDAVIT

STATE OF FLORIDA
COUNTY OF SANTA ROSA

I, Alvin C. Thompson, do hereby swear that the following statement is true and correct and made of my own free will, from my own personal knowledge and do hereby state the following:

On October 1st 2009, at approximately 3:15, am/pm
COI Quinn came to cell door and told me that he did not had just came on shift, did not know what was going on but was told by the Li Warden (Randy P. Tifft) to physically abuse me with a Chemical Agent and for me to get ready?

2 or 3 hrs later Lieutenant Byrd comes to my cell door and tells me that I know what time it is and then starts pre-screening me on how I am to make his camera look good if I did not want to be sprayed more than once and stripped of all my property, clothing, mattress, shoes and put in a completely empty cell naked for 3 days.

I was told by this criminal (Lieutenant Byrd) that I would take off all my clothes and let them physical abuse me ? kick on my cell door to make it appear for the camera that I was being disruptive and that he would only spray me one time let me keep all my property

Out of self perserverance to keep from being harm any further I took off my clothes, kicked on my cell door as instructed and let the physical abuse to

OCT 26 2009
RECEIVED

1 of 2

my body by these "Fla. Dept. of Corr's" employee's happen-as I cried out in pain from the abuse that was being unlawfully & Illegally exercised on & against me.

What has happened to me is real and I am very much emotional destressed at the thought of being told to take off my clothes so that my body can be physically abused!

And the camera will show that my body was painted in Red as if a truthfully disruptive (inmate would Not try to protect himself & body with clothing (when he knew that he was gonna be sprayed ?

The Fla. Dept. of Corr's did nothing about what happened to me, but try & cover up there unlawful & illegal tracks

**UNDER PENALTIES OF PERJURY**, I declare that I have read the foregoing General Affidavit and the facts stated in it are true and correct in accordance with section 92.525, Florida Statue (2009).

Executed on this 25 day of October , 2009.

PS: What was done to me will Not be sweeped under the rug ---

Respectfully submitted by:

Alvin C. Thompson
Affiant Signature

Alvin C. Thompson 111972
Printed Name                                     DC #

Santa Rosa Correction Institution
5850 East Milton Road
Milton, FL 32583-7914

RECEIVED

OCT 26 2009

SANTA ROSA C.I.
WAREHOUSE/MAILROOM

**PART B - RESPONSE**

| THOMPSON, ALVIN | 111972 | 0910-119-245 | SANTA ROSA C.I. | D2116L |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

YOUR REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL HAS BEEN RECEIVED, REVIEWED AND EVALUATED.

THIS INCIDENT IS UNDER REVIEW BY THE USE OF FORCE UNIT OF THE OFFICE OF THE INSPECTOR GENERAL.  INASMUCH AS IT IS BEING REVIEWED NO ACTION WILL BE TAKEN AT THIS TIME.

A COPY OF THIS GRIEVANCE WILL BE FORWARDED TO THE INSTITUTIONAL INSPECTOR.

BASED ON THE ABOVE INFORMATION, YOUR GRIEVANCE IS DENIED.

TO RECEIVE FURTHER ADMINISTRATIVE REVIEW OF YOUR COMPLAINT, YOU MUST OBTAIN FORM DC1-303, REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL, COMPLETE THE FORM, PROVIDING ATTACHMENTS AS REQUIRED, AND SUBMIT THE FORM TO THE BUREAU OF INMATE GRIEVANCE APPEALS, 2601 BLAIR STONE ROAD, TALLAHASSEE, FLORIDA, 32399 WITHIN THE TIME FRAMES SPECIFIED IN CHAPTER 33-103.

G. DAVIS                                    R. TIFFT

10/28/09

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding

Grievance Mailed

OCT 2 9 2009

Santa Rosa C. I.

NO Action Taken but:

① Is under review ?
② Copy of Grievance was sent to Inst. Inspector ?
③ Grievance is Denied ?

Something needs to be done about this Grie Coordinator (G. Davis) because these wild & crazy grievance responses has become habitual habit and makes NO common civilized sense at all Period

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS   RECEIVED   1 of 2
                                      With Attachments
REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

TO: ☑ Warden     ☐ Assistant Warden     ☐ Secretary, Florida Department of Corrections

From: Thompson Alvin C.        111972        Sacci
      Last  First  Middle Initial      Number        Institution

---

Part A – Inmate Grievance        0910-119-245

See attached Emergency Grievance and "just know" it makes no difference to this game you play, because I'm gonna get the last laugh when it's all said and done...

"1st of all," the attached emergency grievance was addressed to be sent/mailed out to Central Office and this grievance coordinator G. Davis is in direct violation of tampering with this grievance.

2ndly What civilized human being in there right state of mind would tell a man (a 40 yr old man) that has been & was unlawfully & illegally physical abuse (Chemically Agent Sprayed) by a clan of FDOC employee officers "in the emergency grievance response" that he does not see that an emergency exist? Such a barbaric response concerning a human being that has been wrongfully abused "physically", is racism!! I have an at liberty interest as a civilized human being to be free from unlawful & illegal physical abuse "in which a typical & insignificant hardship. This employee "G. Davis" in not seeing that an emergency exist for a human being of color to be illegally & unlawfully gassed (Chemically Agent Sprayed) speaks volume about his unspoken thoughts concerning people of color.

I was illegally & unlawfully physically abused out of a indirect act of racism and I am requesting that something is done about it. I was prescreened & coached by a Captain? himself as to what I will do for him to make the camera look good and how I would be "otherwise I would be chemically"

10-8-09                          Alvin C. Thompson
DATE                   SIGNATURE OF GRIEVANT AND D.C. #
                                        111972

---

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**
                                    ___ / _____
                                    #        Signature

INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____   Institutional Mailing Log #: _____   090
                              (Date)                                              (Received By)

DISTRIBUTION:   INSTITUTION/FACILITY        CENTRAL OFFICE
               INMATE (2 Copies)            INMATE
               INMATE'S FILE                INMATE'S FILE - INSTITUTION/FACILITY
               INSTITUTIONAL GRIEVANCE FILE CENTRAL OFFICE INMATE FILE
                                            CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Revised 2/05)

### Formal Continuation Page

agent sprayed more than one time and I would be Stripped of all my property, clothing, mattress, shoes & put in a completely empty cell naked for 3 days

Out of fear of being further doused and self-perserverance I kicked on my cell door to make this Captains camera look good as instructed & orchestrated by the Captain himself with eye winks & a nod of his head as he stood by the officer that was holding the handheld camera, "in which" should be caught on the mounted dormitory camera

All parties involved deeply emphasised to me that they did not have anything to do with anything and that were just following orders.

What has been done to me is "Serious" and more serious than anyone here at Santa Rosa Corr. Inst. care to realize and I'm going public about it shortly---

This is NOT 1865, but 2009-10 and their are repercussion for the unlawful & Illegal physical abuse that I have & did suffer.

I hereby certify under the penalties of perjury pursuant to F.S. 92.525 that all of the above mention is true & correct as written.

Alvin C. Thompson

**PART B - RESPONSE**

| THOMPSON, ALVIN | 111972 | 0910-119-285 | SANTA ROSA C.I. | D2116L |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

YOUR REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL HAS BEEN RECEIVED, REVIEWED AND EVALUATED.

DISCIPLINARY REPORT 119-092390 HAS BEEN REVIEWED. SGT QUINN WAS INTERVIEWED DURING THE INVESTIGATION AND HE STATED THAT THE FACTS WRITTEN ON THE SECTION 2 OF THE DC6-112F WERE TRUE AND FACTUAL AS WRITTEN. YOU WERE AFFORDED THE OPPORTUNITY DURING THE INVESTIGATION AND DISCIPLINARY HEARING TO PRESENT ANY EVIDENCE IN YOUR BEHALF AND YOU REFUSED TO MAKE A STATEMENT. YOU HAVE NOT PRESENTED ANY NEW EVIDENCE OR INFORMATION THAT WOULD CHANGE THE DECISION RENDERED BY THE HEARING TEAM.

THE HEARING TRANSCRIPT HAS BEEN REVIEWED.

BASED ON THE ABOVE INFORMATION, YOUR GRIEVANCE IS DENIED.

TO RECEIVE FURTHER ADMINISTRATIVE REVIEW OF YOUR COMPLAINT, YOU MUST OBTAIN FORM DC1-303, REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL, COMPLETE THE FORM, PROVIDING ATTACHMENTS AS REQUIRED, AND SUBMIT THE FORM TO THE BUREAU OF INMATE GRIEVANCE APPEALS, 2601 BLAIR STONE ROAD, TALLAHASSEE, FLORIDA, 32399 WITHIN THE TIME FRAMES SPECIFIED IN CHAPTER 33-103.

G. DAVIS                                                    R. TIFFT

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 10/19/09 DATE |
|---|---|---|

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C.O. Inmate File

(1 Copy) Retained by Official Responding

Grievance Mailed

OCT 1 9 2009

Santa Rosa C. I.

RECEIVED

OCT 2 6 2009

SANTA ROSA C.I.
WAREHOUSE/MAILROOM

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

RECEIVED
OCT 12 2009
SANTA ROSA C.I.
GRIEVANCE COORDINATOR

TO: ■ Warden    ☐ Assistant Warden    ☐ Secretary, Florida Department of Corrections

From: Thompson   Alvin C.    111972   Sorci
    Last    First    Middle Initial     Number    Institution

DR Appeal      Part A – Inmate Grievance     0910-119-245
Log 119-092390

This (2-3 Part in Distrubance) is a Lie that never "Ever" happened and exhibits unlawful & illegal indirect acts of racism....

I was verbally told that the "Warden Randy P. Tifft" wanted me "chemically agent sprayed", and that all active parties involved, did not have anything to do with it and that they were just only following orders.

I was then prescreened & given instruction by Lieutenant Byrd. on how I would make the camera look good for him if I did not want to be sprayed more than once. and stripped of all property, clothing, mattress, shoes & then put in a completely empty cell naked for 3 days.

I was instructed & orchestrated by Lieutenant Byrd with winks of his eye & a nod of his head as he stand next to the officer with the handheld camera, on when I was to kick on my cell door to make it appear as if I were being disruptive! I kicked on cell door as instructed out of self-perserverance to stop the physical abuse that was being done to me unlawfully & illegal...

Rest assure that help is already at work for what was done to me. (Physically Abused)

10-11-09
    DATE
This is not 1865, but 2009-10!!

RECEIVED
OCT 26 2009
SANTA ROSA C.I.
WAREHOUSE/MAILROOM

Alvin C. Thompson
SIGNATURE OF GRIEVANT AND D.C. #
111972

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: _____ / _____
                                                           #            Signature

INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____ Institutional Mailing Log #: _____
                 (Date)

Class
Ose
(Received By)
119-092390
2-3 Reyes
10/1

DISTRIBUTION:
INSTITUTION/FACILITY        CENTRAL OFFICE
INMATE (2 Copies)             INMATE
INMATE'S FILE                INMATE'S FILE - INSTITUTION/FACILITY
INSTITUTIONAL GRIEVANCE FILE    CENTRAL OFFICE INMATE FILE
                                    CENTRAL OFFICE GRIEVANCE FILE

**PART B - RESPONSE**

| THOMPSON, ALVIN | 111972 | 0910-119-097 | SANTA ROSA C.I. | D2116L |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

YOUR REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL HAS BEEN RECEIVED, REVIEWED AND EVALUATED.

EVALUATION OF THIS ISSUE HAS FAILED TO SHOW THAT AN EMERGENCY EXISTS. THEREFORE, THIS GRIEVANCE IS BEING RETURNED WITHOUT FURTHER PROCESSING.

A COPY OF YOUR ALLEGATIONS AGAINST STAFF HAS BEEN FORWARDED TO THE INSTITUTIONAL INSPECTOR FOR REVIEW AND APPROPRIATE ACTION IF NECESSARY.
THE USE OF FORCE IS BEING REVIEWED BY THE USE OF FORCE UNIT OF THE OFFICE OF THE INSPECTOR GENERAL.

YOU ARE ADVISED THAT YOU MAY REDRESS THIS ISSUE THROUGH NON-EMERGENCY GRIEVANCE PROCEDURES DESCRIBED IN CHAPTER 33-103, F.A.C.

G. DAVIS                    R. TIFFT

10/7/09

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding

Grievance Mailed

OCT 0 7 2009

Santa Rosa C. I.

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

*emergency grievance* *emergency grievance*

RECEIVED
OCT 05 2009

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

TO: ☐ Warden   ☐ Assistant Warden   ■ Secretary, Florida Department of Corrections
GRIEVANCE COORDINATOR

From: Thompson    Alvin    C.    111972    Sarci
    Last    First    Middle Initial    Number    Institution

Part A – Inmate Grievance    0910-119-097

On the evening of 10-1-09 I was unlawfully & — I Illegally Physically Abused (Chemically Agent Sprayed.)

And I was forced against my will by a Captain that I had better kick on my cell door when the handheld camera was brought in, if I did not want to be Stripped of all property, clothing, mattress and put in a completely empty cell naked for 3 days...

Help is truly on the way for what has been unlawfully & Illegally done to me and from what I've been told it was ordered that I be Chemically Agent Sprayed by the Warden Randy P. Tifft himself.

Let it come as no surprise that what has been done to me is going public, because this is not 1865 but 2009-10...

What has happened & been illegally done to me (Physically Abused) is serious and I am in fear of my life, health & safety.

10-4-09
DATE

Alvin C. Thompson
SIGNATURE OF GRIEVANT AND D.C. #
111972

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY
EXTENSIONS:**

_____ / _____
    #    Signature

### INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____    Institutional Mailing Log #: _____    100
    (Date)    (Received By)    UOF

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION /FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Revised 2/05)