# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

ALVIN C. THOMPSON

      vs                                        Case No. 3:10cv74-MCR/MD

FLORIDA DEPARTMENT OF
CORRECTIONS

_____

## ORDER

Plaintiff's document noting **"Clerk (Rushing)! to get it to you," (received 4/30/2010)** was referred to the undersigned with the following deficiencies:

    Your document is not properly captioned for this court. Every paper you file after the complaint must have the name of this court, the case style, the case number and the title of your pleading. The title of the pleading shall include a clear, concise and specific description of the document being filed and the filing party. *See* Fed. R. Civ. 10(a); N.D. Fla. Loc. R. 5.1(B)(1)-(2). The body of your pleading should state the nature of your request and what you want the court to do for you.

    The document is not in proper form. A request for a court order must be made by motion. Fed. R. Civ. P. 7(b). If you require additional time to comply with a court order, you should file a motion for extension of time. You cannot request relief from the court in letter form.

    The document does not have a signature block. The typed or printed name, address (including the nine-digit zip code), and telephone number of the party signing the paper shall be included directly under the original signature. N.D. Fla. Loc. R. 5.1(C).

For these reasons, IT IS ORDERED that:

    The submitted hard copy of the document shall be returned to you by the Clerk without electronic filing. It may be resubmitted after the above noted deficiencies are corrected.

*FLN (Rev. 4/2004) Deficiency Order* *Page 2 of 2*

DONE and ORDERED this 3rd day of May, 2010.

/s/ *Miles Davis*

**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**