**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**ALVIN C. THOMPSON,**
           **Plaintiff,**

**vs.**                                                              **Case No.  3:10cv74/MCR/MD**

**FLORIDA DEPARTMENT OF CORRECTIONS,**
           **Defendant.**

_____

## O R D E R

   This cause is before the court upon plaintiff's response (doc. 15) to this court's order (doc. 10) requiring him to show cause why this civil rights action should not be dismissed for failure to comply with an order of the court, namely, the court's March 23, 2010 order (doc. 9) requiring plaintiff to either pay the filing fee or file a complete application to proceed *in forma pauperis*.  Plaintiff indicates in his response that he requires additional time to comply with the order due to the prison's delay in processing his request for required financial documentation.  Good cause having been shown, the court will grant plaintiff an extension of time.

   Accordingly it is ORDERED:

   On or before **June 14, 2010** plaintiff shall either pay the $350.00 filing fee, or submit a complete application to proceed *in forma pauperis* as instructed in this court's March 23, 2010 order (doc. 9).  Failure to do so will result in a recommendation that this case be dismissed for failure to comply with an order of the court.

   DONE AND ORDERED this 12th day of May, 2010.

/s/ *Miles Davis*

**MILES DAVIS
UNITED STATES MAGISTRATE JUDGE**