IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ALVIN C. THOMPSON,

    Plaintiff,

v.                                      Case No. 3:10cv74/MCR/CJK

R. QUINN, et al.,

    Defendants.
_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated October 20, 2011 (doc. 82).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

    Having considered the Report and Recommendation and the record, the court determines that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    Defendants' motion to dismiss (doc. 58) is **GRANTED**.

    2.    This cause be **DISMISSED WITHOUT PREJUDICE** as malicious pursuant to 28 U.S.C. §1915(e)(2)(B)(i) for plaintiff's abuse of the judicial process.

    3.    Plaintiff's "Motion to Dismiss Dismissal of Complaint by Defendants' Undersigned Counsel with Leave of Court to Amend Complaint Disclosing Prior Filings . . ." (doc. 68) is **DENIED**.

    4.    Plaintiff's "Amended Motion to Dismiss Dismissal of Complaint by Defendants' Undersigned Counsel with Leave of Court to Amend Complaint disclosing Prior Filings to Include Appeals" (doc. 80) is **DENIED**.

    5.    Defendants' motion to strike (doc. 79) is **DENIED**.

6.     All other pending motions are **DENIED AS MOOT**.

7.     The clerk is directed to close the file.

**DONE AND ORDERED** this 23rd day of November, 2011.


*M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**